UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL ARECHE,
   Petitioner,

v.  05-11121 MEL

MICHAEL THOMPSON,
   Respondent.

MEMORANDUM OF LAW
IN THE FORM OF
BRIEF ADN RECORD APPENDIX
AS FILED IN THE
MASSACHUSETTS
SUPREME JUDICIAL COURT

Manuel Areche, pro se
MCI Shirley, Medium
1 Harvard Road
P.O. Box 1218
Shirley, MA 01464-1218

**Supreme Judicial Court for the Commonwealth of Massachusetts**
John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone 617-557-1020, Fax 617-557-1145

```
TO:   Manuel Areche
      MCI - Shirley, Medium
      P.O. Box 1218
      Shirley, MA 01464-1218


RE:   No. FAR-14750
```

**COMMONWEALTH**
**vs.**
**MANUEL ARECHE**

NOTICE OF DOCKET ENTRY

Please take note that on March 29, 2005, the following entry was made on the docket of the above-referenced case:

MOTION to proceed in forma pauperis and without prepayment of costs and fees filed by Manuel Areche, Pro Se. (Fee waived. Non-conforming FAR application accepted conditionally.) Notice sent.

Susan Mellen, Clerk

Dated: April 6, 2005

To:   Jane Davidson Montori, A.D.A.
      Manuel Areche

**Supreme Judicial Court for the Commonwealth of Massachusetts**
John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone 617-557-1020, Fax 617-557-1145

```
Manuel Areche
MCI - Shirley, Medium
P.O. Box 1218
Shirley, MA 01464-1218
```

RE:   Docket No. FAR-14750

**COMMONWEALTH**
      **vs.**
**MANUEL ARECHE**

Hampden Superior Court No. HDCR1996-02727
A.C. No. 2004-P-0320

NOTICE OF DENIAL OF F.A.R. APPLICATION

Please take note that on 04/27/05, the above-captioned Application for Further Appellate Review was denied.

Susan Mellen, Clerk

Dated: April 27, 2005

To:   Jane Davidson Montori, A.D.A.
      Manuel Areche