```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

MANUEL ARECHE,              )
    Petitioner,             )
                            )
        v.                  )    C.A. No. 05-11121-MEL
                            )
MICHAEL THOMPSON,           )
    Respondent.             )
```

NOTICE OF PAYMENT OF FILING FEE

NOW COMES Manuel Areche in the above captioned and numbered matter and states that he has paid the filing fee of $5.00 in this action, see attachments 1 and 2.

In further answering, Manuel Areche has this date sought to have Superintendent Michael Thompson correct this error, see attachment 3.

WHEREFORE, Manuel Areche prays this court not dismiss the action for nonpayment, and that the court allow a reasonable amount of time to correct this inequity.

Dated: June 9, 2005

                              Respectfully submitted,

                              /s/ Manuel Areche
                              Manuel Areche, pro se

CERTIFICATE OF SERVICE

I, Manuel Areche hereby certify that I have caused a copy of this Notice of Payment of Filing Fee to be served on Assistant Attorney General Cathryn Neaves, Chief Appellate Division, Attorney General's office, One Ashburton Place, 18th Floor, Boston, MA 02108-1598, with adequate first class postage attached this 9th day of June, 2005.

-2-

*[signature]*

Manuel Areche, pro se
MCI Shirley, Medium
1 Harvard Road
P.O. Box 1218
Shirley, MA 01464-1218

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI SHIRLEY (MEDIUM)



| | | | |
|---|---|---|---|
| Date: 2005 0519 10:41:36 | Inmate Disbursement Receipt | Receipt # | 4643836 |

# 58

| | |
|---|---|
| Institution : | MCI SHIRLEY (MEDIUM) |
| Unit : | A-2 |
| Block: | 58 |
| Commit # : | W63443 |
| Name : | ARECHE, MANUEL |
| Type Of Transaction : | EX - External Disbursement |
| Date of Transaction : | 20050519 |
| Source : | |
| External Contact : | U.S. DISTRICT COURT |
| Amount : | $ 5.00 |
| Comments : | FOR FILING FEE |

Attachment 1

**Current Balances :**

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 118.17 | 1,682.65 | .00 | .00 | .00 | .00 |

Page 1

Attachment 2

## MCI SHIRLEY
## Money Disbursement

Name: MANOEL ARECHE  I.D. W-63443

Date: MAY 19, 2005  Unit: A-2

Please withdraw $ 5.00 from my personal account for the

purpose of: MAIL CH FOR U.S. DISTRICT COURT (FOR Filing Fee)

Check payable to: UNITED STATES DISTRICT COURT

Inmate Signature: Manoel Areche

### Instructions

1) Ensure amount is correct
2) Ensure required signatures
3) Attach addressed/stamped envelope

*Request will be returned if not filled out properly.*

................ For Office Use Only ................

Personal $ _____   Approved ✓

Denied _____   Modified _____

Counselor Comments: _____

Counselor Signature _____

Check # 48870   Date: 5/19/05

SPS 147B

ATTACHMENT 3

June 9, 2005

Manuel Areche
W-63443, A-2

Michael Thompson
Superintendent
MCI Shirley

Dear Mr. Superintendent,

   As the enclosed indicates, I submitted a request to pay the United States District Court a $5.00 filing fee, and the money was taken out of my account.
   I have now received notice from the court that my legal action will be dismissed in 42 days for nonpayment of the filing fee.
   Since I have paid the filing fee, and your staff has taken the money from my account and issued check number 48870, I ask that you intervene and correct this problem.
   Thank you.

                                     Very sincerely yours,

                                     Manuel Areche