August 25, 2005

Manuel Areche
P.O. Box 1218
Shirley, MA 01464-1218

Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02201

Re:  Areche v. Thompson, Civil No. 05-11121-MEL

Dear Clerk,

    I have twice attempted to have the treasurer here at the prison mail the filing fee. I don't understand what the problem is. I have receipts for both attempts, and I don't want this case dismissed for lack of payment. I have done everything possible to mail this filing fee to your court.
    Please advise me if you have received the filing fee in the above captioned and numbered matter.
    Thank you.

Very sincerely yours,

*[signature]*

Manuel Areche