UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MANUEL ARECHE,<br>    Petitioner,<br><br>v.<br><br>MICHAEL THOMPSON,<br>    Respondent. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-11121-MEL<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the respondent, Michael Thompson.

                                                          Respectfully submitted,

                                                          THOMAS F. REILLY
                                                          ATTORNEY GENERAL

                                                          /s/ Jonathan Ofilos
                                                          Jonathan Ofilos
                                                          Assistant Attorney General
                                                          Criminal Bureau
                                                          One Ashburton Place
                                                          Boston, Massachusetts 02108
                                                          (617) 727-2200, ext. 2634
                                                          BBO #  658091

Dated: September 27, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner, Manuel Areche, on September 27, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Manuel Areche, *pro se*, M.C.I. Shirley, 1 Harvard Road, P.O. Box 1218, Shirley, Massachusetts 01464.

      /s/ Jonathan Ofilos
      Jonathan Ofilos
      Assistant Attorney General