January 3, 2006

Manuel Areche
MCI Shirley, Medium
1 Harvard Road
P.O. Box 1218
Shirley, MA 01464-1218

Clerk
United States District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re: <u>Areche v. Thompson</u>, No. 05-11121-MEL

Dear Clerk,

In the above mentioned application for habeas corpus relief, I believe it is proper, at this time to seek appointment of counsel, and therefore write to ask that you appoint counsel in this matter.

This application was filed last year and six months has now passed, and it seems prudent to have the assistance of counsel at this point.

Please advise, and I await your reply.

Very sincerely yours,

Manuel Areche